STATE of Missouri, Respondent,

v.

**William Y. FRICK, Appellant.**

**No. WD 34303.**

Missouri Court of Appeals,
Western District.

Nov. 15, 1983.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Dec. 28, 1983.

Application to Transfer Denied
Feb. 15, 1984.

■

R. Lawrence Ward, G. Stephen Long and Thomas J. Whittaker of Shughart, Thomson & Kilroy, P.C., Kansas City, for appellant.

■

John Ashcroft, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

PER CURIAM.

## ORDER

This is a direct appeal from a conviction for the unlawful use of a weapon, in violation of § 571.030, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.